# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WAYNE SIMS,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:08-CV-00393-JCM-(GWF)

**ORDER**

    Before the court is petitioner's motion for extended copy privileges (#20). Petitioner states that he needs a court order directing the prison to allow him to photocopy documents because he is preparing an action pursuant to 42 U.S.C. § 1983. To the extent that petitioner intended to file this motion in this action, he is incorrect. The court entered final judgment in this action almost three years ago. To the extent that petitioner is trying to obtain photocopying privileges in conjunction with the commencement of a new action, he will need commence a new action by submitting a complaint on the court's form along with any other motions and applications associated with that complaint.

    IT IS THEREFORE ORDERED that plaintiff's motion for extended copy privileges (#20) is **DENIED**.

    DATED: October 19, 2012.

    _____
JAMES C. MAHAN
United States District Judge